1  Name: Jonathan C Smith-Cousens  and other

2  Address: 299  17th st   San Diego, Ca 92101

3  Telephone Phone: 619· 366·3165

4  Email:

**FILED**

Sep 28 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/Lilianac          DEPUTY

8  ## UNITED STATES DISTRICT COURT

9  ## SOUTHERN DISTRICT OF CALIFORNIA

11  Case No.:  **'18CV2264 DMS KSC**

(assigned at time of filing)

12  The People of Homeless

13  Community of San Diego

Plaintiff(s),

14  Jonathan C Smith-Cousens

v.

**COMPLAINT**

17  San Diego Police Dept

Defendant(s).

20  **I.    RELATED CASES**

21     a.    Do you have other Civil Case(s) in this or any other federal court?

22           ☐ Yes     ☑ No

23     b.    If yes, please list the case numbers here:

25  **II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*

26  *each defendant is involved, and tell what each defendant did to you that caused*

27  *you to file this suit against them. Include names of any other persons involved,*

28  *dates, and places.)*

1

**III.    RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

*Do not use this space to state the facts of your claim.)* We The people who are Homeless, Request That The Court give and order for San Diego Police Dept. Stop treat us as Second Class Critizen. 120 day. as to find, us Housing other Than Jail. There are Parking lot, around 14, 15, 16, 17. Street are open for tent. over Night as a Safty place to Sleep. Help US Help ourself. Respeially people and family Who are Homeless with Voucher for Section (8) and other agency. as well as income, No More Second Class, We Matter. Work with US. And Not Daned That we go away.

Jona Gleg C Smith Census
09-28-2018

3