

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of Homeless Comuity of San Degio; Jonathan C Smith-Cousins | Civil Action No.   18cv2264-DMS-KSC |
| **Plaintiff,** | |
| V. | |
| San Diego Police Dept | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion to Proceed IFP is GRANTED and the Complaint is DISMISSED without prejudice for failure to state a claim. Plaintiff's request for appointment of counsel is denied.

Date:   11/5/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Finnell-Yepez
A. Finnell-Yepez, Deputy